# UNITED STATES of America, Plaintiff–Appellee,

v.

# Phillip FLEMING, Defendant–Appellant.

## No. 11–6370.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

Phillip Fleming, Appellant pro se. Peter Thomas Phillips, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Fleming appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Fleming,* No. 2:06–cr–00655–DCN–1 (D.S.C. Nov. 9, 2010). We deny Fleming's motion for preparation of transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*